
FILED
John E. Triplett, Acting Clerk
United States District Court

By casbell at 3:20 pm, Aug 05, 2020

# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| LEONARDO ENRIQUE GONZALEZ AZUAJE, | * * * | |
| Petitioner, | * * | CIVIL ACTION NO.: 5:20-cv-70 |
| v. | * * | |
| WARDEN, FOLKSTON ICE PROCESSING CENTER, | * * * | |
| Respondent. | * | |

### O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 16. Petitioner Leonardo Azuaje ("Azuaje") did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES without prejudice** Azuaje's 28 U.S.C. § 2241 Petition for failure to follow this Court's directives and failure to prosecute, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the

AO 72A
(Rev. 8/82)

appropriate judgment of dismissal, and **DENIES** Azuaje *in forma pauperis* status on appeal.

    **SO ORDERED**, this \_\_\_5\_\_\_ day of \_\_\_August\_\_\_, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)